IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRILMOSKOMAZZERELA WASHINGTON, )<br>#268 575, )<br>)<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>HON. JUDGE REYNOLDS, )<br>)<br>          Defendant. ) | CIVIL ACTION NO. 2:12cv545-WHA<br><br>(WO) |

**<u>ORDER</u>**

      This case is before the court on the Recommendation of the Magistrate Judge (Doc. #8), entered on August 17, 2012, the Objection of Plaintiff (Doc. #10), filed on August 30, 2012, together with his Motion to Amend contained in that Objection, the Order and Supplemental Recommendation of the Magistrate Judge (Doc. #11), entered on September 6, 2012, and the Plaintiff's Response (Doc. #12), filed on September 20, 2012.

      The court has conducted an independent evaluation and *de novo* review of this entire matter, and, having done so, find the objections of the Plaintiff to be without merit.  Therefore, the court ADOPTS the Recommendation and Supplemental Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

      1.  Plaintiff's Objections are OVERRULED.

      2.  This case is DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i-iii) and/or for lack of subject matter jurisdiction, and the Complaint, as amended, is DISMISSED prior to service of process.

      DONE this 11th day of February, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE