IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRILMOSKOMAZZERELA WASHINGTON, #268 575, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:12cv545-WHA ) |
| HON. JUDGE REYNOLDS, | ) (WO) ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED with prejudice prior to service of process.

DONE this 11th day of February, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE